The People of the State of New York ex rel. John Aquino, Appellant, v. Robert Barr, as Warden of Tombs Prison, Respondent.

(Argued April 13, 1936; decided April 21, 1936.)

William Copeland Dodge, District Attorney (Ambrose J. Delehanty of counsel), for motion.
Louis B. Boudin opposed.
Motion granted and appeal dismissed.

Commissioner of Public Welfare of the City of New York, Appellant, v. Murray Simon, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)
Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 188.)